**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In Re: ) | |
| ) | |
| TESSADA & ASSOCIATES, INC., ) | Case No. 16-10558 |
| ) | Chapter 7 |
| Debtor. ) | |
| ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Pursuant to Bankruptcy Rule 2002(g) and 9101(b), A. Daniel Woska of WoskaLawFirm, LLC enters his appearance as counsel for B3 Partners, LLC in the above-styled proceeding.

Dated this 20th day of July, 2016.

Respectfully submitted,

/s/  *A. Daniel Woska*
A. Daniel Woska (OBA #9900)
WoskaLawFirm, LLC
722 N. Broadway, Mezzanine
Oklahoma City, Oklahoma 73102
405-657-2271 – Telephone
405-840-0440 – Facsimile
awoska@woskalawfirm.com – Email

**ATTORNEY FOR B3 PARTNERS, LLC**

1

2

## **CERTIFICATE OF SERVICE**

I, certify that on July 20, 2016, a true and correct copy of the Notice of Appearance was electronically served using the CM/ECF system to all electronic recipients.

/s/ *A. Daniel Woska*